Loretta C. O'NEILL v. B. C. SCHRAM, Receiver of First National Bank-Detroit, a National Banking Association.

No. 7434.

Circuit Court of Appeals, Sixth Circuit.

March 10, 1937.

Fildew & DeGree, of Detroit, Mich., for appellant.

Robert S. Marx, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

Upon reading and filing the stipulation of counsel for the parties in the above-entitled cause, and the court being advised that said cause has been amicably settled, it is hereby ordered that the above-entitled cause be, and the same is hereby, dismissed, with prejudice and without cost to either party.

PALO VERDE IRRIGATION DISTRICT v. James H. JORDAN et al.

No. 8427.

Circuit Court of Appeals, Ninth Circuit.

March 15, 1937.

Stewart, Shaw & Murphey, of Los Angeles, Cal., for appellant.

A. Heber Winder, of Riverside, Cal., and W. Coburn Cook, of Turlock, Cal., for appellees.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellees, and good cause therefor appearing, ordered appeal in above cause dismissed for failure of appellant to file record and docket cause; mandate to issue as provided in rule 32.

Ethel C. PEIRCE, etc., v. Gertrude L. CROCKER et al.

No. 6093.

Circuit Court of Appeals, Seventh Circuit.

Nov. 19, 1936.

Ivor Jeffreys, of Chicago, Ill., for appellant.

John S. Lord, C. H. G. Heinfelden, and A. C. Wetterstrom, all of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellants and pursuant to stipulation of counsel, it is ordered and adjudged that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed without costs to either party, that each party pay his own costs in this court and in the court below, and that the bond for damages executed by appellants and surety thereon be canceled, and the liability of the obligators discharged. It is further ordered that the mandate of this court in this cause issue forthwith.